IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONDA A. PLEDGER, SANDRA BRITT, JENNIFER L. PRIMM, ALEX BROOKS, JR., AND EDWARD COMER BUCK,<br><br>Plaintiffs,<br><br>v.<br><br>RELIANCE TRUST COMPANY, INSPERITY, INC., INSPERITY HOLDINGS, INC., INSPERITY RETIREMENT SERVICES, L.P., INSPERITY RETIREMENT PLAN COMMITTEE, and JOHN DOES 1-20,<br><br>Defendants. | Civil Action No.<br>1:15-cv-04444-MHC |

## THE INSPERITY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Insperity, Inc. ("Insperity"), Insperity Holdings, Inc. ("Holdings"), Insperity Retirement Services, L.P. ("Retirement Services"), and the purported Insperity Retirement Plan Committee (referred to collectively as the "Insperity Defendants") respectfully move this Court to dismiss Plaintiffs' Amended Complaint in its entirety with prejudice.

As set forth more fully in the Insperity Defendants' Memorandum of Law in support of their Motion to Dismiss, Plaintiffs' Amended Complaint fails to state a claim against the Insperity Defendants upon which relief can be granted. Plaintiffs' Amended Complaint fails to state a claim against any of the Insperity Defendants for a breach of fiduciary duty regarding the recordkeeping services and fees associated with the Insperity 401(k) Plan (the "Plan"). Plaintiffs' claims regarding the initial selection of the Plan's recordkeeper are time-barred. The allegations in the Amended Complaint do not state a plausible claim that Retirement Services was paid unreasonable or excessive fees for recordkeeping services. The Amended Complaint also fails to allege sufficient facts to establish that certain of the Insperity Defendants acted in a fiduciary capacity.

Furthermore, the Amended Complaint fails to state a claim against any of the Insperity Defendants for breach of fiduciary duty regarding the Plan's investment options. The Amended Complaint fails to state a claim against Holdings for a breach of the duty to monitor or for co-fiduciary liability. The Amended Complaint also fails to state a claim against any of the Insperity Defendants for prohibited transactions or for appropriate equitable relief under ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3). Finally, the "shotgun" style of Plaintiffs' Amended Complaint fails to give any of the Defendants in this action adequate notice of the claims against them.

Accordingly, for the reasons discussed more fully in the Insperity Defendants' Memorandum of Law attached hereto, the Court should dismiss Plaintiffs' Amended Complaint in its entirety with prejudice.

Dated: May 16, 2016

Respectfully submitted,

**ALSTON & BIRD LLP**
By: */s/ H. Douglas Hinson*
H. Douglas Hinson
Georgia Bar No. 356790
doug.hinson@alston.com
Emily S. Costin (*pro hac vice*)
emily.costin@alston.com
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
Telephone: (202) 239-3300
Fax: (202) 239-3333

and

Patrick Connors DiCarlo
Georgia Bar No. 220339
pat.dicarlo@alston.com
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel for Defendants Insperity, Inc., Insperity Holdings, Inc., Insperity Retirement Services, L.P. and the Insperity Retirement Plan Committee*

## CERTIFICATE OF SERVICE AND TYPE-SIZE COMPLIANCE

Pursuant to Local Rule 5.1C, N.D. Ga. and Standing Order No. 04-01, the foregoing pleading is prepared in Times New Roman font, 14 point, and was filed using the CM/ECF system, which will automatically provide notice to the following attorneys of record by electronic means:

Bradley S. Wolff
SWIFT CURRIE McGHEE & HEIRS, LLP
1355 Peachtree St., NE, Suite 300
Atlanta, GA 30309-3231

Jerome Schlichter
Michael Wolff
Troy Doles
Kurt Struckhoff
Heather Lea
SCHLICHTER BOGARD & DENTON, LLP
100 South Fourth Street
St. Louis, MO 63012

*Counsel for Plaintiffs*

William Bard Brockman
BRYAN CAVE, LLP
One Atlantic Center, 14th Floor
1201 West Peachtree St, N.W.
Atlanta, GA 30309-3488

Brian D. Boyle
Shannon M. Barrett
O'MELVENY & MYERS
1625 Eye Street, NW
Washington, DC 20006-4001

*Counsel for Defendant Reliance Trust Company*

      */s/ H. Douglas Hinson*
      H. Douglas Hinson