IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONDA A. PLEDGER, SANDRA BRITT, JENNIFER L. PRIMM, AND ALEX BROOKS, JR., individually and as representatives of a class of similarly situated persons of the Insperity 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>RELIANCE TRUST COMPANY, INSPERITY, INC., INSPERITY HOLDINGS, INC., INSPERITY RETIREMENT SERVICES, L.P., INSPERITY RETIREMENT PLAN COMMITTEE, AND JOHN DOES 1-20,<br><br>Defendants. | Civil Action No.<br><br>1:15-cv-04444-MHC |

**RELIANCE TRUST COMPANY'S MOTION TO DISMISS**

Defendant Reliance Trust Company ("Reliance Trust") hereby moves the Court to dismiss plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

The grounds for Reliance Trust's Motion are set forth in more detail in the

attached Memorandum of Law. For the reasons set forth in the attached memorandum, Reliance Trust submits that plaintiffs' Amended Complaint should be dismissed in its entirety and with prejudice.

Attached to this Motion are the following documents:

1. Memorandum of Law in Support of Defendant Reliance Trust Company's Motion to Dismiss;

2. Declaration of Shannon Barrett in Support of Defendant Reliance Trust Company's Motion to Dismiss ("Barrett Declaration");

3. Exhibit A is a true and correct copy of the Insperity 401(k) Plan, amended and restated effective January 1, 2014;

4. Exhibit B is a true and correct copy of the Trust Agreement for Administaff 401(k) Plan as Amended;

5. Exhibit C is a true and correct copy of a screenshot captured from the Reliance Trust website;

6. Exhibit D is a true and correct copy of the DFA Commodity Strategy Summary Prospectus;

7. Exhibit E is a true and correct copy of the American High Income Trust Summary Prospectus;

8. Exhibit F is a true and correct copy of the 2011 Form 5500 for the Insperity 401(k) Plan;

9. Exhibit G is a true and correct copy of the 2012 Form 5500 for the Insperity 401(k) Plan;

10. Exhibit H is a true and correct copy of the 2013 Form 5500 for the Insperity 401(k) Plan;

11. Exhibit I is a true and correct copy of the 2014 Form 5500 for the Insperity 401(k) Plan;

12. Exhibit J is a true and correct copy of the 2011 Form 5500 for the Insperity Corporate 401(k) Plan;

13. Exhibit K is a true and correct copy of the 2012 Form 5500 for the Insperity Corporate 401(k) Plan;

14. Exhibit L is a true and correct copy of the 2013 Form 5500 for the Insperity Corporate 401(k) Plan;

15. Exhibit M is a true and correct copy of the 2014 Form 5500 for the Insperity Corporate 401(k) Plan;

16. Exhibit N is a true and correct copy of the Reliance Trust, Risk-Managed Target Date Funds Offering Statement.

Respectfully submitted this 16th day of May, 2016.

*/s/ William Bard Brockman*
W. Bard Brockman
GA Bar No. 084230
Bryan Cave, LLP
One Atlantic Center, 14th Floor
1201 West Peachtree St, N.W.
Atlanta, GA 30309-3488
Phone: 404-572-6600
bard.brockman@bryancave.com

Brian Boyle (pro hac vice pending)
bboyle@omm.com
Shannon Barrett (pro hac vice pending)
sbarrett@omm.com
O'Melveny & Myers LLP

1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Counsel for Reliance Trust Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONDA A. PLEDGER, SANDRA BRITT, JENNIFER L. PRIMM, AND ALEX BROOKS, JR., individually and as representatives of a class of similarly situated persons of the Insperity 401(k) Plan,<br><br>    Plaintiffs,<br><br>    v.<br><br>RELIANCE TRUST COMPANY, INSPERITY, INC., INSPERITY HOLDINGS, INC., INSPERITY RETIREMENT SERVICES, L.P., INSPERITY RETIREMENT PLAN COMMITTEE, AND JOHN DOES 1-20,<br><br>    Defendants. | Civil Action No. 1:15-cv-04444-MHC |

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2016, I electronically filed the foregoing *Motion to Dismiss* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

*/s/ William Bard Brockman*
W. Bard Brockman
GA Bar No. 084230
Bryan Cave, LLP
One Atlantic Center, 14th Floor
1201 West Peachtree St, N.W.
Atlanta, GA 30309-3488
Phone: 404-572-6600
bard.brockman@bryancave.com

*Counsel for Reliance Trust Company*