IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONDA A. PLEDGER, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>RELIANCE TRUST COMPANY, et al.,<br><br>*Defendants*. | Civil Action No. 15-cv-4444 |

**JOINT PRELIMINARY REPORT AND DISCOVERY PLAN**

**1. Description of Case:**

**(a) Describe briefly the nature of this action.**

Class action under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §§1132(a)(2) & (3).

**(b) Summarize, in the space provided below, the facts of this case. The summary should not be argumentative nor recite evidence.**

By Plaintiffs:

The Insperity 401(k) Plan is a defined contribution, individual account, employee pension benefit plan with over $2 billion in assets and over 50,000 participants with account balances. 29 U.S.C. §1002(2)(A), §1002(34). Plaintiffs are participants in the Plan. 29 U.S.C. §1002(7). Defendants are alleged to be the fiduciaries to the Plan. 29 U.S.C. §1002(21)(A), §1102.

Plaintiffs seek to recover for their Plan all remedies for breach of fiduciary duty and prohibited transactions available under 29 U.S.C. §1109(a), §1132(a)(2), and §1132(a)(3). Plaintiffs contend that Defendants breached their fiduciary duties and committed prohibited transactions under ERISA in these respects: (1) selecting newly-created proprietary target-date funds as Plan investment options and retaining those funds despite their poor performance, which benefited Defendants at the expense of participants; (2) causing the Plan to use an Insperity subsidiary as Plan recordkeeper and to pay excessive administrative expenses to that subsidiary,

**************************

**SCHEDULING ORDER**

Upon review of the information contained in the Parties' Joint Preliminary Report and Discovery Plan, the Court orders the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are set in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

_______________________________________________________________

_______________________________________________________________

_______________________________________________________________

IT IS SO ORDERED, this 17th day of May, 2016.

MARK H. COHEN
United States District Judge