IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONDA A. PLEDGER, SANDRA BRITT, JENNIFER L. PRIMM, AND ALEX BROOKS, JR., individually and as representatives of a class of similarly situated persons of the Insperity 401(k) Plan,<br><br>  Plaintiffs,<br><br>  v.<br><br>RELIANCE TRUST COMPANY, INSPERITY, INC., INSPERITY HOLDINGS, INC., INSPERITY RETIREMENT SERVICES, L.P., INSPERITY RETIREMENT PLAN COMMITTEE, AND JOHN DOES 1-20,<br><br>  Defendants. | Civil Action No.<br>1:15-cv-04444-MHC |

**DEFENDANT RELIANCE TRUST COMPANY'S SUPPLEMENTAL NOTICE OF FILING DOCUMENTS TO BE FILED UNDER SEAL**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that Defendant Reliance Trust Company ("RTC") pursuant to Appendix H of the Local Rules of the United States District Court for the Northern District of Georgia, has filed provisionally under seal the March 1, 2018 Expert Report of Ian Ratner, Exhibit 2 to RTC's Motion for Summary Judgment and Statement of Undisputed Material Facts ("SOF") in support of its

Motion for Summary Judgment. Defendants Insperity, Inc., Insperity Holdings, Inc., Insperity Retirement Services, L.P., and the purported Insperity Retirement Plan Committee (collectively, the "Insperity Defendants") have separately filed a Motion for Leave to File this document under seal. (ECF 136.)

Dated: June 11, 2018

**O'MELVENY & MYERS LLP**

By: /s/ *Brian Boyle*

Brian D. Boyle *(pro hac vice)*
bboyle@omm.com
Benjamin G. Bradshaw *(pro hac vice)*
bbradshaw@omm.com
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

**BRYAN CAVE, LLP**
William Bard Brockman
bard.brockman@bryancave.com
One Atlantic Center, 14th Floor
1201 West Peachtree St, N.W.
Atlanta, GA 30309-3488
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

*Counsel for Defendant Reliance Trust Company*

## **CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system (which document contains the required margins and was prepared in Times New Roman font, 14 point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send email notification of such filing to all counsel of record.

This 11th day of June, 2018.

/s/ Brian D. Boyle