UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONDA A. PLEDGER, et al.,<br>Plaintiff(s),<br><br>vs.<br><br>RELIANCE TRUST COMPANY, et al.,<br>Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:15-CV-4444-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendants Insperity, Inc., Insperity Retirement Service, L.P., and the Insperity Retirement Plan Committee, and the court having granted in part said motions, it is

**Ordered and Adjudged** that Defendants Insperity, Inc., Insperity Retirement Service, L.P., the Insperity Retirement Plan Committee, and John Does 1-20 are DISMISSED, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 9th day of March, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Jill Ayers
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 9, 2021
James N. Hatten
Clerk of Court

By:   s/Jill Ayers
Deputy Clerk